UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| BRADLEY TROUTMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  CASE NO: 3:22-cv-00104-RLY-MJD |
| ALCOA USA CORP. a/k/a, ALCOA WARRICK, LLC, | ) ) ) |
| Defendant. | ) ) |

ACKNOWLEDGED. The Clerk is directed to close this case pursuant to the stipulation of dismissal with prejudice.
Date: 11/01/2023

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Bradley Troutman, and Defendant, ALCOA USA Corp., by their respective counsel, hereby stipulate and agree to dismiss all claims in this matter with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and fees.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: /s/ Kyle F. Biesecker (w/ permission)
Kyle F. Biesecker, Atty. No. 24095-49
411 Main Street
Evansville, IN 47708
Telephone: (812) 424-1000
Facsimile:  (812) 424-1005
kfb@bdlegal.com

*Attorney for Plaintiff*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Kate E. Trinkle
Jan Michelsen, Atty. No. 18078-49
Kate E. Trinkle, Atty. No. 36089-49
300 N. Meridian St., Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 916-1300
Facsimile:   (317) 916-9076
jan.michelsen@ogletree.com
kate.trinkle@ogletree.com